# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

December 22, 2016

Honorable Legrome D. Davis
United States District Court
Eastern District of Pennsylvania

RE: UNITED STATES OF AMERICA vs. BERNARD J. COX
Docket #16-05817

Dear Judge Davis:

Pursuant to your request, the status of the above-mentioned case, at the present time, is such that the summons and filed complaint were sent to this office on or about November 9, 2016  A copy of the summons and complaint were sent, along with a waiver of service, to Defendant. The waiver has not yet been returned executed. Therefore, a private process server is in the process of attempting personal service.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esq.
Attorney for Plaintiff
Tel: 215-825-6327
Fax: 215-825-6427
Email: RSolarz@kmllawgroup.com

cc:
BERNARD J. COX