# KML LAW GROUP, P.C.

| | | |
|---|---|---|
| MICHAEL T. MCKEEVER* | ATTORNEYS AT LAW | JILL P. JENKINS* |
| LISA A. LEE* | | JOSHUA I. GOLDMAN* |
| KRISTINA G. MURTHA* | | ALYK L. OFLAZIAN* |
| THOMAS I. PULEO | SUITE 5000 | COLLEEN M. HIRST* |
| DAVID B. FEIN* | BNY MELLON INDEPENDENCE CENTER | PAUL W. LUONGO* |
| BRIAN C. NICHOLAS* | 701 MARKET STREET | CAITLIN M. DONNELLY* |
| JAIME R. ACKERMAN* | PHILADELPHIA, PENNSYLVANIA 19106-1532 | VICTORIA W. CHEN* |
| LAUREN BERSCHLER KARL* | (215) 627-1322 | JOHN GORYL |
| *PA & NJ BAR | (866) 413-2311 | MATTHEW K. FISSEL* |
| | FAX (215) 627-7734 | MICHAEL J. CLARK* |
| | | NICHOLAS J. ZABALA* |
| | WWW.KMLLAWGROUP.COM | REBECCA A. SOLARZ* |
| | | NORA C. VIGGIANO* |
| | | MATTHEW J. MCCLELLAND |
| | | DENISE CARLON |
| | | CHRISTOPHER FORD |

January 23, 2017

Honorable Legrome D. Davis
United States District Court
Eastern District of Pennsylvania

RE:   UNITED STATES OF AMERICA vs. BERNARD J. COX
       Docket #16-05817

Dear Judge Davis:

Pursuant to your request, the status of the above-mentioned case, at the present time, is such that the summons and filed complaint were sent to this office on or about November 9, 2016. A copy of the summons and complaint were sent, along with a waiver of service, to Defendant. The waiver was not returned executed. Therefore, a private process server attempted service at Defendant's last known address. Plaintiff was unable to serve the defendant at the last known address and filed its Motion for Substitute Service on January 20, 2017. Plaintiff is currently awaiting a ruling on the Motion for Substitute Service.

Your Honor's consideration in this matter is greatly appreciated.

Respectfully yours,

KML LAW GROUP, P.C.

Rebecca A. Solarz, Esq.
Attorney for Plaintiff
Tel: 215-825-6327
Email: RSolarz@kmllawgroup.com

cc:
        BERNARD J. COX