IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BERNARD J. COX | : | No. 16-cv-5817 |

ORDER

AND NOW, this 27th day of February 2017, upon consideration of Plaintiff's renewed Motion for Service by Posting to Property and Certified Mail (Doc. No. 6), it is hereby ORDERED that Plaintiff's motion is GRANTED. Plaintiff's filing demonstrates that it has made repeated attempts at in-person service, and has made a good faith effort to discover a new address for Defendant. Service by posting and certified mail is therefore justified. *See* Pa. R. Civ. P. 430.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.