# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

v.

BERNARD J. COX AKA BERNIE COX; et al.
Defendant (Respondent)

CASE and/or DOCKET No.: 16-05817

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, ERIC AFFLERBACH, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served BERNARD J. COX the above process on the 2 day of March, 2017, at 10:55 o'clock, AM, at 129 GLADSTONE STREET PHILADELPHIA, PA 19148, County of Philadelphia, Commonwealth of Pennsylvania:

Manner of Service:

☑ By posting a copy of the original process on the most public part of the property pursuant to an order of court

Service was attempted on the following dates/times:

1) _____   2) _____   3) _____

Commonwealth/State of _Pa_   )
                              ) SS:
County of _Berks_             )

Before me, the undersigned notary public, this day, personally, appeared _Eric Afflerbach_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

File Number: USA-158220
Case ID #: 4827971

Subscribed and sworn to before me this _3_ day of _March_, 20_17_.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Teresa Minzola, Notary Public
Washington Township, Berks County
My Commission Expires December 05, 2017

PCO / Brittni A.

| USPS Manifest Mailing System | | | | | | | Page 1 |
|---|---|---|---|---|---|---|---|
| Mailer's Name & Address<br>KML Law Group<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | | Permit Number<br>123 | | | MAC Ver. Number<br>ConnectShip Progistics 6.5 | | |
| | | Sequence Number<br>5971-1 | | | Class of Mail<br>Mixed | | |
| Article #/<br>Piece ID | Addressee Name<br>Delivery Address | ES<br>Type | Postage | ES<br>Fee | Insurance<br>Amount | Due/<br>Sender | Total<br>Charge |
| 9171999991703800762795<br>9171999991703800762795 | COX, BERNARD J.<br>129 Gladstone Street<br>Philadelphia, PA 19148 | <br>ERR<br>C | 0.925 | <br>1.40<br>3.45 | | | 5.78 |
| Page Totals<br>Cumulative Totals | 1<br>1 | | 0.93<br>0.93 | 4.85<br>4.85 | | | 5.78<br>5.78 |

USPS CERTIFICATION

Total Number Of Pieces Received_____

_____    Round Stamp_____
Signature of Receiving Employee

PS Form 3877 (Facsimile)    Extra Service Codes:
　　　　　　　　　　　　　C       Certified
　　　　　　　　　　　　　ERR    Return Receipt

[Round stamp: USPS CONTINENTAL STATION, MAR - 2017, PHILA, PA 19106]

| Name and Address of Sender<br>**KML LAW GROUP, P.C.**<br>SUITE 5000<br>701 MARKET STREET<br>PHILADELPHIA, PA<br>19106-1532 | Check type of mail or service;<br>☐ Certified   ☐ Recorded Delivery (International)<br>☐ COD   ☐ Registered<br>☐ Delivery Confirmation   ☐ Return Receipt for Merchandise<br>☐ Express Mail   ☐ Signature Confirmation<br>☐ Insured | | | Affix Stamp Here<br>(If issued as a certificate of mailing, or for additional copies of this bill)<br>Postmark and Date of Receipt | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
| 1. | | | | | | | | | | | | |
| 2. | | | | U.S. POSTAGE PITNEY BOWES<br>ZIP 19106 $ 001.35<br>02 1W<br>0001391629 MAR 02 2017 | | | | | | | | |
| 3. | **BERNARD COX**<br>COX, BERNARD J.<br>129 Gladstone Street<br>Philadelphia, PA 19148 | | | | | | | | | | | |
| 4. | | | | | | | USPS CONTINENTAL STATION<br>MAR -2 2017<br>PHILA, PA 19106 | | | | | |
| 5. | | | | | | | | | | | | |
| 6. | | | | | | | | | | | | |
| 7. | | | | | | | | | | | | |
| 8. | | | | | | | | | | | | |
| Total Number of Pieces Listed by Sender ①  Total Number of Pieces Received at Post Office | Postmaster, Per (Name of receiving employee) | | | See Privacy Act Statement on Reverse | | | | | | | | |

PS Form **3877**, February 2002 (Page 1 of 2)   Complete by Typewriter, Ink, or Ball Point Pen

USA-158220   Philadelphia County   Sale Date:

BERNARD J. COX

PCO - Back to Brittni Augustin